UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marcus Lewis,

      Plaintiff,   Case No. 18-10176

v.            Judith E. Levy
            United States District Judge
E. Pickell, *et al.*,
            Mag. Judge Anthony P. Patti
      Defendants.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION [33]**

Before the Court is Magistrate Judge Patti's Report and Recommendation recommending the Court grant Defendants' Motion for Summary Judgment. (ECF No. 33) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 33) is ADOPTED; and

Defendants' Motion for Summary Judgment (ECF No. 24) is GRANTED.[1]

IT IS SO ORDERED.

Dated: March 20, 2020  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).